# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>L & W PROPERTY LLC, a California Limited Liability Company; CUDNEY AUTO SUPPLY, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | Case: 2:14-CV-01561-MCE-EFB<br><br>**ORDER** |

Pursuant to the parties' stipulation (ECF No. 17), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT